■ KEVIN McGOWAN et al., Plaintiffs, v AMALGAMATED BANK OF NEW YORK et al., Defendants and Third-Party Plaintiffs-Appellants. M. FARBMAN & SONS, INC., Third-Party Defendant-Respondent.—Ordered that the order of the Supreme Court, Putnam County, dated August 26, 1986, is affirmed, with costs, for reasons stated by Justice Dickinson. Thompson, J. P., Brown, Eiber and Kunzeman, JJ., concur.

■ DIANE H. O'GRADY, Individually and as Administratrix